**Slip Op. 00-49**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

BEFORE: SENIOR JUDGE NICHOLAS TSOUCALAS

_____
                                        :
THE TORRINGTON COMPANY,                 :
                                        :
        Plaintiff,                      :
                                        :
            v.                          :   Court No. 98-09-02903
                                        :
UNITED STATES OF AMERICA,               :
                                        :
        Defendant.                      :
_____:

**JUDGMENT**

This Court having received and reviewed the United States Department of Commerce, International Trade Administration's ("Commerce") Final Results of Redetermination on Remand Final Scope Ruling—Antidumping Duty Order On Cylindrical Roller Bearings and Parts Thereof From Japan—Regarding a Certain Cylindrical Roller Bearing Produced by Koyo Seiko Co., Ltd., and Imported by Koyo Corporation of U.S.A. (A-588-804) ("Remand Results"), issued pursuant to Torrington Co. v. United States of America, Slip Op. No. 99-63, 1999 WL 507619 (CIT July 14, 1999), and Commerce having complied with the Court's remand, it is hereby

**ORDERED** that the Remand Results filed by Commerce on March 30, 2000 are affirmed in their entirety; and it is further

**ORDERED** that since all other issues have been decided, this case is dismissed.

                                    _____
                                         NICHOLAS TSOUCALAS
                                            SENIOR JUDGE

Dated:      May 2, 2000
            New York, New York